FILED
JUL 18 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:07cr148-MHT |
| SAMUEL ANTONIO LOPEZ-GONZALEZ | ) [8 U.S.C. 1326(a)] |
| | ) INDICTMENT |

The Grand Jury charges that:

## COUNT 1

On or about the 13th day of July, 2007, in Covington County, Alabama, in the Middle District of Alabama, the defendant,

SAMUEL ANTONIO LOPEZ-GONZALEZ,

an alien, who had previously been deported and removed from the United States, knowingly and unlawfully entered and was found in the United States in Covington County, Alabama, on July 13, 2007, the said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney