IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-148-MHT |
| ) | |
| SAMUEL ANTONIO LOPEZ-GONZALEZ ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE WALLACE CAPEL, JR., UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Samuel Antonio Lopez-Gonzalez now in custody of Covington County Jail, Andalusia, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on August 29, 2007, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Covington County Jail, Andalusia, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 a.m.

Respectfully submitted this the 23rd of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-148-MHT |
| | ) | |
| SAMUEL ANTONIO LOPEZ-GONZALEZ | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed July 23, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Covington County Jail, Andalusia, Alabama, commanding it to deliver Samuel Antonio Lopez-Gonzalez to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of August, 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE