IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07-cr-148-MHT |
| ) | |
| SAMUEL ANTONIO LOPEZ-GONZALEZ ) | |

**ORDER ON MOTION**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4), filed July 23, 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED.

The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Covington County Jail, Andalusia, Alabama, commanding it to deliver Samuel Antonio Lopez-Gonzalez to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on August 29, 2007, at 10:30 am, and to return the prisoner to said official when the Court shall have finished with him.

DONE this the 23rd day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE