IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr148-MHT |
| ) | |
| SAMUEL ANTONIO LOPEZ-GONZALEZ ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **SAMUEL ANTONIO LOPEZ-GONZALEZ,** by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 26th day of September, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney

                                  Respectfully submitted,

                                  s/Jennifer A. Hart
                                **JENNIFER A. HART**
                                FEDERAL DEFENDERS
                                MIDDLE DISTRICT OF ALABAMA
                                201 Monroe Street, Suite 407
                                Montgomery, AL 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                jennifer_hart@fd.org
                                AL Bar Code: HAR189