IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
    v                           )    CRIMINAL ACTION NO.
                                )    2:07cr148-MHT
SAMUEL ANTONIO LOPEZ-GONZALEZ   )
```

ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 15, filed September 26, 2007, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on September 26, 2007 at 3:00 p.m., Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 26th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE