IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:07cr148-MHT |
| ) | |
| SAMUEL ANTONIO LOPEZ-GONZALEZ ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW** the Defendant, **SAMUEL ANTONIO LOPEZ-GONZALEZ,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Assistant Federal Defender, Kevin L. Butler, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 30th day of October, 2007.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris
Assistant United States Attorney

                                Respectfully submitted,

                                s/Jennifer A. Hart
                                **JENNIFER A. HART**
                                FEDERAL DEFENDERS
                                MIDDLE DISTRICT OF ALABAMA
                                201 Monroe Street, Suite 407
                                Montgomery, AL 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                jennifer_hart@fd.org
                                AL Bar Code: HAR189