IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr148-MHT |
| SAMUEL ANTONIO | ) | |
| LOPEZ-GONZALEZ | ) | |

## ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 20) is granted.

DONE, this the 30th day of October, 2007.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson　  
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE